Case 1:08-cv-04040   Document 2   Filed 07/16/2008   Page 1 of 2

FILED STAMPED: JULY 16, 2008
08CV4040
JUDGE PALLMEYER
MAG. JUDGE DENLOW
J. N.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | New Case No. 08_____ |
| | ) | |
| **RESOURCE TECHNOLOGY CORPORATION,** | ) ) | |
| | ) | **Emergency hearing:** Thursday, |
| Debtor. | ) | **July 17, 2008 at 9:00 a.m.** |

### EMERGENCY NOTICE OF MOTION

**TO:  SEE ATTACHED SERVICE LIST**

   **PLEASE TAKE NOTICE** that on **Thursday**, **July 17, 2008,** at the hour of **9:00 a.m**. or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Robert M. Dow, Jr. i**n **Courtroom 1919** of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in his stead and shall then and there present the **Emergency Motion for Limited Stay Pending Appeal of Bankruptcy Court Order,** which is hereby served upon you, and shall move the Court for entry of an Order in accordance therewith.

**AT WHICH TIME AND PLACE YOU MAY APPEAR IF YOU SO SEE FIT.**

                                        **CHIPLEASE, INC.**


                              By:   /s/ Colleen E. McManus
                                    One of Its Attorneys

Louis D. Bernstein, ARDC No. 6192379
Colleen E. McManus, ARDC No. 06243473
**MUCH SHELIST DENENBERG AMENT**
     **& RUBENSTEIN, P.C.**
191 North Wacker Drive, Suite 1800
Chicago, Illinois  60606
Telephone:  312-521-2000
Facsimile:  312-521-2100

## **CERTIFICATE OF SERVICE**

Colleen E. McManus, an attorney, certifies that on the 16th day of July, 2008, she caused the foregoing emergency motion to be served upon the attorneys listed below via facsimile and messenger delivery on the following:

| | |
|---|---|
| Barry Chatz | Philip L. Comella |
| George P. Apostolides | Sara E. Lorber |
| Arnstein & Lehr | Seyfarth Shaw, LLP |
| 120 S. Riverside Plaza, Suite 1200 | 131 S. Dearborn Street, Suite 2400 |
| Chicago, IL 60606 | Chicago, IL 60603 |
| Facsimile:  312-876-0288 | Facsimile:  312-460-7000 |

/s/ Colleen E. McManus