IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | New Case No. 08-cv-4040 |
| | ) | |
| RESOURCE TECHNOLOGY CORPORATION, | ) ) | Hon. Matthew F. Kennelly |
| | ) | Hearing: Thursday, |
| Debtor. | ) | July 24, 2008 at 9:30 a.m. |

## NOTICE OF MOTION

**TO: SEE ATTACHED SERVICE LIST**

　　　**PLEASE TAKE NOTICE** that on **Thursday**, **July 24, 2008,** at the hour of **9:30 a.m**. or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Matthew F. Kennelly i**n **Courtroom 2103** of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in his stead and shall then and there present the **Motion to Reconsider or, in the Alternative, to Extend Stay Pending Appeal of Bankruptcy Court Order,** which is hereby served upon you, and shall move the Court for entry of an Order in accordance therewith.

**AT WHICH TIME AND PLACE YOU MAY APPEAR IF YOU SO SEE FIT.**

　　　　　　　　　　　　　　　　　　　　CHIPLEASE, INC.


　　　　　　　　　　　　　By:　　/s/ Colleen E. McManus
　　　　　　　　　　　　　　　　　One of Its Attorneys

Louis D. Bernstein, ARDC No. 6192379
Colleen E. McManus, ARDC No. 06243473
**MUCH SHELIST DENENBERG AMENT
　　& RUBENSTEIN, P.C.**
191 North Wacker Drive, Suite 1800
Chicago, Illinois  60606
Telephone:  312-521-2000
Facsimile:  312-521-2100

## CERTIFICATE OF SERVICE

Colleen E. McManus, an attorney, certifies that on the 21st day of July, 2008, she caused the foregoing motion to be served upon the attorneys listed below via facsimile and messenger delivery on the following:

| | |
|---|---|
| Barry Chatz | Philip L. Comella |
| George P. Apostolides | Sara E. Lorber |
| Arnstein & Lehr | Seyfarth Shaw, LLP |
| 120 S. Riverside Plaza, Suite 1200 | 131 S. Dearborn Street, Suite 2400 |
| Chicago, IL 60606 | Chicago, IL 60603 |
| Facsimile: 312-876-0288 | Facsimile: 312-460-7000 |

/s/ Colleen E. McManus