U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                        Case Number: 1:08-cv-04040

In Re:  Resource Technology Corporation, Debtor.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Jay Steinberg, not individually, but solely as Chapter 7 Trustee.

| NAME (Type or print) |  |
|---|---|
| James G. Richmond | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ James G. Richmond | |
| FIRM | |
| GREENBERG TRAURIG, LLP | |
| STREET ADDRESS | |
| 77 West Wacker Drive, Suite 2500 | |
| CITY/STATE/ZIP | |
| Chicago, IL  60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6206371 | 312.456.8400 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |