U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of
Resource Technology Corporation, Debtor

Case Number: 08 C 4040

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Jay Steinberg, not individually but solely in his capacity as Chapter 7 Trustee for the Estate of Resource Technology Corporation

| | |
|---|---|
| NAME (Type or print) <br> George P. Apostolides | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ George P. Apostolides | |
| FIRM <br> Arnstein & Lehr LLP | |
| STREET ADDRESS <br> 120 S. Riverside Plaza, Suite 1200 | |
| CITY/STATE/ZIP <br> Chicago, IL  60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 06228768 | TELEPHONE NUMBER <br> (312) 876-7100 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ✔ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ✔ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |