IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 1:08-cv-4040 |
| | ) | |
| Resource Technology Corporation, | ) | Hon. Rebecca R. Pallmeyer |
| | ) | |
| | ) | Appeal from Bankruptcy |
| | ) | Case No. 99 B 35434 |
| Debtor. | ) | Hon. Eugene R. Wedoff |

## NOTICE OF MOTION

TO:  Colleen E. McManus
　　　DLA Piper US LLP IL
　　　203 North LaSalle Street
　　　20th Floor
　　　Chicago, IL 60601
　　　(312) 368-4000
　　　cmcmanus@muchshelist.com

PLEASE TAKE NOTICE that on Thursday, July 24, 2008, at 9:30 a.m., we shall appear before Judge Matthew F. Kennelly, or any judge sitting in his stead, in Courtroom 2103 at 219 S. Dearborn, Chicago, Illinois, and present the Defendant's **MOTION FOR REASSIGNMENT**, a copy of which is hereby served upon you.

Dated: July 22, 2008　　　　　　　　　**Jay A. Steinberg not individually but solely as Chapter 7 Trustee for Resource Technology Corporation**

　　　　　　　　　　　　　　　　　　By:　/s Gregory E. Ostfeld
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　James G. Richmond
　　　　　　　　　　　　　　　　　　Gregory E. Ostfeld
　　　　　　　　　　　　　　　　　　GREENBERG TRAURIG, LLP
　　　　　　　　　　　　　　　　　　77 West Wacker Drive, Suite 2500
　　　　　　　　　　　　　　　　　　Chicago, Illinois 60601
　　　　　　　　　　　　　　　　　　(312) 456-8400

## CERTIFICATE OF SERVICE

I, Gregory E. Ostfeld, an attorney, hereby certify that on July 22, 2008, I electronically filed the **NOTICE OF MOTION** and **MOTION FOR REASSIGNMENT** with the Clerk of Court using the CM/ECF system which will send notification of such filings to:

Colleen E. McManus
DLA Piper US LLP IL
203 North LaSalle Street
20th Floor
Chicago, IL 60601
(312) 368-4000
cmcmanus@muchshelist.com

/s/ Gregory E. Ostfeld
Gregory E. Ostfeld