## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer | **Sitting Judge if Other than Assigned Judge** | Matthew F. Kennelly |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4040 | **DATE** | 7/18/2008 |
| **CASE TITLE** | In Re: In Re: Resource Technology | | |

**DOCKET ENTRY TEXT**

Emergency motion for limited stay pending appeal of Bankruptcy Court order is granted in part. Chiplease, Inc., is ordered to deposit the sum of $500,000.00 in an interest-bearing account at the law firm of Much Shelist Denenberg Ament & Rubenstein, P.C. on or before 7/24/2008 at 4:30 PM. Status hearing set for 7/29/2008 at 9:30 AM., before Judge Kennelly.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:40

| | Courtroom Deputy Initials: | OR |
|---|---|---|