**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **RESOURCE TECHNOLOGY** | ) | |
| **CORPORATION,** | ) | **Case No. 08 C 4040** |
| | ) | |
| **Debtor.** | ) | |

## ORDER

This matter coming to be heard on Chiplease, Inc.'s Emergency Motion for Limited Stay Pending Appeal of Bankruptcy Court Order (the "Motion"), due notice having been given the parties, responses having been served on the Court by the Estate of Resource Technology Corporation, by its counsel, and American Grading Co. and Congress Development Co., by their counsel, and the Court having heard argument from the parties, IT IS HEREBY ORDERED THAT:

1.      The Motion is granted in part for the reasons stated on the record;

2.      Chiplease, Inc. is ordered to deposit the sum of $500,000.00 in an interest-bearing account (the "Deposit") at the law firm of Much Shelist Denenberg Ament & Rubenstein, P.C. on or before July 24, 2008 at 4:30 p.m.;

3.      Chiplease, Inc. is to file a report under oath with both the Clerk of the United States Bankruptcy Court for the Northern District of Illinois and the Clerk of the United States District Court for the Northern District of Illinois on or before July 25, 2008 confirming that it has made the Deposit described in Paragraph 2;

4.      The Deposit is not to be disbursed without further order of either the United States Bankruptcy Court for the Northern District of Illinois or the United States District Court for the Northern District of Illinois;

5.      This matter is set for status on July 29, 2008 at 9:30 a.m. before Hon. Matthew F. Kennelly in Courtroom 2106, without further notice.

_____
HON. MATTHEW F. KENNELLY

Date:  July 18, 2008