IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| RESOURCE TECHNOLOGY ) | |
| CORPORATION, ) | Case No. 08 C 4040 |
| ) | |
| Debtor. ) | |

## NOTICE OF FILING

To:  All persons receiving notice via the CM/ECF system and Attached Service List

**Please take notice** that on July 24, 2008, the undersigned caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, 219 S. Dearborn Street, Chicago, IL, the Estate's Response to Chiplease's Motion to Reconsider or, in the Alternative, to Extend Stay Pending Appeal of the Bankruptcy Court Order, a true and correct copy of which is attached hereto and hereby served upon you.

**Dated: July 24, 2008**

**Respectfully submitted,**
THE ESTATE OF RESOURCE TECHNOLOGY
CORPORATION, BY AND THROUGH JAY A.
STEINBERG, NOT INDIVIDUALLY BUT SOLELY AS
CHAPTER 7 TRUSTEE

By:  /s/ George P. Apostolides
      One of Its Attorneys

Barry A. Chatz
George P. Apostolides
Arnstein & Lehr LLP
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606
Phone: (312) 876-7100
Fax: (312) 876-0288

## CERTIFICATE OF SERVICE

I, George P. Apostolides, certify that on July 24, 2008, I caused a copy of the Estate's Response to Chiplease's Motion to Reconsider or, in the Alternative, to Extend Stay Pending Appeal of the Bankruptcy Court Order to be served on all persons receiving notice via the Court's CM/ECF system and on the parties on the attached Service List via fax.

/s/ George P. Apostolides

## SERVICE LIST

Louis Bernstein
Colleen McManus
Much Shelist Denenberg
Ament & Rubenstein, P.C.
191 N. Wacker Drive, Suite 1800
Chicago, IL  60606
Fax: (312) 521-2100

Sara E. Lorber
Philip Comella
Seyfarth Shaw LLP
131 S. Dearborn Street, Suite 2400
Chicago, IL  60603
Fax: (312) 460-7000

James Richmond
Gregory Ostfeld
Greenberg Traurig LLP
77 W. Wacker Drive
Suite 2500
Chicago, IL  60601
Fax: (312) 456-8435