## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew F. Kennelly | **Sitting Judge if Other than Assigned Judge** | Rebecca Pallmeyer |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4040 | **DATE** | 7/25/2008 |
| **CASE TITLE** | In Re: Resource Technology Corp. | | |

**DOCKET ENTRY TEXT**

Motion for reassignment, which the Court construes as a motion for finding of relatedness, is granted [# 11]. Chiplease's motion for reconsideration or in the alternative to extend stay pending appeal is denied for the reasons stated in open court [#5].

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|