IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| RESOURCE TECHNOLOGY | ) | |
| CORPORATION, | ) | Case No. 08 C 4040 |
| | ) | |
| Debtor. | ) | Hon. Matthew F. Kennelly |

## NOTICE OF MOTION

To:   See Service List

**PLEASE TAKE NOTICE** that on **Tuesday, July 29, 2008, at 9:30 a.m.**, the undersigned shall present to the Honorable Matthew F. Kennelly, or any judge sitting in his stead, in the United States District Court for the Northern District of Illinois, Eastern Division, at 219 South Dearborn Street, Courtroom 2103, Chicago, Illinois, **MOTION FOR RULE TO SHOW CAUSE,** a copy of which is attached hereto and herewith served upon you.

**Dated: July 28, 2008**

Respectfully submitted,
THE CHAPTER 7 ESTATE OF RESOURCE TECHNOLOGY CORPORATION, BY AND THROUGH JAY A. STEINBERG, NOT INDIVIDUALLY BUT SOLELY IN HIS CAPACITY AS CHAPTER 7 TRUSTEE

By:   /s/ George P. Apostolides
       One of His Attorneys

Barry A. Chatz
George P. Apostolides
Arnstein & Lehr LLP
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606
Phone: (312) 876-7100
Fax: (312) 876-0288

## CERTIFICATE OF SERVICE

I, George P. Apostolides, certify that on July 28, 2008, I caused a copy of the Motion for Rule to Show Cause to be served on all persons receiving notice via the Court's CM/ECF system and on the parties on the attached Service List via fax.

/s/ George P. Apostolides

## SERVICE LIST

Louis Bernstein
Colleen McManus
Much Shelist Denenberg
Ament & Rubenstein, P.C.
191 N. Wacker Drive, Suite 1800
Chicago, IL  60606
Fax: (312) 521-2100

Sara E. Lorber
Philip Comella
Seyfarth Shaw LLP
131 S. Dearborn Street, Suite 2400
Chicago, IL  60603
Fax: (312) 460-7000

James Richmond
Gregory Ostfeld
Greenberg Traurig LLP
77 W. Wacker Drive
Suite 2500
Chicago, IL  60601
Fax: (312) 456-8435