IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 1:08-cv-4040 |
| | ) | Case No. 1:08-cv-4228 |
| Resource Technology Corporation, | ) | |
| | ) | Appeal from Bankr. Case |
| Debtor. | ) | No. 99 B 35434 |

## AMENDED NOTICE OF MOTION

TO:   Colleen E. McManus
       Louis D. Bernstein
       MUCH SHELIST DENENBERG
       ARNENT & RUBENSTEIN, P.C.
       191 North Wacker Drive
       Suite 1800
       Chicago, IL  60606

PLEASE TAKE NOTICE that on Tuesday, August 5, 2008, at 9:30 a.m., we shall appear before Judge Matthew F. Kennelly, or any judge sitting in his stead, in Courtroom 2103 at 219 S. Dearborn, Chicago, Illinois, and present the Chapter 7 Trustee's **MOTION TO CONSOLIDATE RELATED ACTIONS**, a copy of which is hereby served upon you.

Dated: July 29, 2008

**Jay A. Steinberg not individually but
solely as Chapter 7 Trustee for
Resource Technology Corporation**

By:   /s Gregory E. Ostfeld
       _____
       James G. Richmond
       Gregory E. Ostfeld
       GREENBERG TRAURIG, LLP
       77 West Wacker Drive, Suite 2500
       Chicago, Illinois 60601
       (312) 456-8400

*CHI 57,373,808v1 7-29-08*

**CERTIFICATE OF SERVICE**

      I, Gregory E. Ostfeld, an attorney, hereby certify that on July 29, 2008, I electronically filed the **AMENDED NOTICE OF MOTION**, **MOTION TO CONSOLIDATE RELATED ACTIONS** and **CERTIFICATE OF SERVICE**, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

Colleen E. McManus
Louis D. Bernstein
MUCH SHELIST DENENBERG ARNENT & RUBENSTEIN, P.C.
191 North Wacker Drive
Suite 1800
Chicago, IL  60606
Telephone:  (312) 521-2000
E-mail:  cmcmanus@muchshelist.com
E-mail:  lbernstein@muchshelist.com

                              /s/ Gregory E. Ostfeld
                                  Gregory E. Ostfeld