UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 08-cv-4040 |
| | ) | Hon. Matthew F. Kennelly |
| **RESOURCE TECHNOLOGY CORPORATION,** | ) ) | |
| | ) | Hearing: Tuesday, |
| Debtor. | ) | August 5, 2008 at 9:30 a.m. |

### APPELLANT'S MOTION TO SET BRIEFING SCHEDULE

Appellant Chiplease, Inc. ("Chiplease"), by its undersigned attorneys, moves this Court to set a briefing schedule for the instant appeal. In support of its motion, Chiplease states:

1. On June 25, 2008, the Bankruptcy Court (Judge Wedoff) ruled in *In re Resource Technology Corporation*, case no. 99B35434, that Chiplease must pay $500,000.00 into a new account at Arnstein & Lehr, plus compound interest in the amount of $47,367.47, no later than July 17, 2008.

2. On July 1, 2008, Chiplease filed a notice of appeal of that order. On July 11, 2008, Chiplease filed its statement of issues and designation of the items for the record on appeal.

3. On July 16, 2008, Chiplease filed in the District Court an Emergency Motion For Limited Stay Pending Appeal Of Bankruptcy Court Order. Because Chiplease's appeal had not yet been transmitted to the District Court, and thus, did not have a new case number, Chiplease filed its motion as a new case, which was assigned case no. 08cv4040 and was assigned to Judge Pallmeyer.

4. On July 17, 2008, Judge Kennelly heard and ruled upon Chiplease's motion for a stay.

5. On July 24, 2008, Judge Kennelly entered an order granting the Chapter 7 Trustee's motion to reassign case no. 08cv4040 to him on the basis of relatedness.

6. On July 25, 2008, the Bankruptcy Court transmitted to the District Court Chiplease's appeal of the Bankruptcy Court's June 25, 2008 order. The appeal was assigned to Judge Kennelly and given case no. 08cv4228.

7. Pending before this Court is the Chapter 7 trustee's motion to consolidate case no. 08cv4228 into case no. 08cv4040.

8. Briefing in this case has not yet begun. Accordingly, Chiplease requests that this Court enter a briefing schedule.

**WHEREFORE**, Chiplease, Inc. prays that this Court enter an order setting an appellate briefing schedule, and providing such other relief as this Court deems just and proper.

**CHIPLEASE, INC.**

By:  /s/ Colleen E. McManus

One of its attorneys

Louis D. Bernstein, ARDC No. 6192379
Colleen E. McManus, ARDC No. 06243473
**Much Shelist Denenberg**
     **Ament & Rubenstein, P.C.**
191 North Wacker Drive, Suite 1800
Chicago, IL 60606
Telephone: 312-521-2000

2