IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | New Case No. 08-cv-4040 |
| | ) | |
| RESOURCE TECHNOLOGY CORPORATION, | ) ) | Hon. Matthew F. Kennelly |
| | ) | Hearing: Tuesday, |
| Debtor. | ) | August 5, 2008 at 9:30 a.m. |

## NOTICE OF MOTION

**TO: SEE ATTACHED SERVICE LIST**

    **PLEASE TAKE NOTICE** that on **Tuesday**, **August 5, 2008,** at the hour of **9:30 a.m**. or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Matthew F. Kennelly i**n **Courtroom 2103** of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in his stead and shall then and there present the **Appellant's Motion to Set Briefing Schedule,** which is hereby served upon you, and shall move the Court for entry of an Order in accordance therewith.

**AT WHICH TIME AND PLACE YOU MAY APPEAR IF YOU SO SEE FIT.**

                                  **CHIPLEASE, INC.**

                          By:    /s/ Colleen E. McManus
                                  One of Its Attorneys

Louis D. Bernstein, ARDC No. 6192379
Colleen E. McManus, ARDC No. 06243473
**MUCH SHELIST DENENBERG AMENT**
    **& RUBENSTEIN, P.C.**
191 North Wacker Drive, Suite 1800
Chicago, Illinois  60606
Telephone:  312-521-2000
Facsimile:  312-521-2100

## **CERTIFICATE OF SERVICE**

Colleen E. McManus, an attorney, certifies that on the 30th day of July, 2008, she caused the foregoing motion to be served upon the attorneys listed below via facsimile delivery on the following:

Barry Chatz
George P. Apostolides
Arnstein & Lehr
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606
Facsimile:  312-876-0288

Philip L. Comella
Sara E. Lorber
Seyfarth Shaw, LLP
131 S. Dearborn Street, Suite 2400
Chicago, IL 60603
 Facsimile:  312-460-7000

Gregory Ostfeld
Greenberg Traurig, LLP
77 W. Wacker Drive, Suite 2500
Chicago, IL 60601
Facsimile:  312-899-0420

/s/ Colleen E. McManus