# United States District Court
# Northern District of Illinois



In the Matter of

In Re: Resource Technology

v.                                        Case No. 08 C 4040

Designated Magistrate Judge
~~Martin C. Ashman~~ Brown

### FINDING OF RELATEDNESS PURSUANT TO
### LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge **Rebecca R. Pallmeyer** to be related to **08cv2425** which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

_____
Judge Matthew F. Kennelly

Dated: July 28, 2008

---

### ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge **Matthew F. Kennelly**.

### ENTER

### FOR THE EXECUTIVE COMMITTEE

_____
Chief Judge James F. Holderman

Dated: JUL 2 9 2008