## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4040 | **DATE** | 8/5/2008 |
| **CASE TITLE** | In Re: In Re: Resource Technology | | |

**DOCKET ENTRY TEXT**

Motion to consolidate cases for all purpose is granted. Clerk of Court is directed to consolidate case 08 C 4228 with this case and Clerk is further directed to close case 08 C 4228 . No further entries are to be made to 08 C 4228. Motion to set briefing schedule is granted. Motion for a rule to show cause is granted. Status hearing set for 9/9/2008 at 9:30 AM.

■[ For further details see text below.]     Docketing to mail notices.

00:10

### STATEMENT

Motion for rule to show cause is granted and is to serve as contempt allegation. Briefing schedule on contempt is as follows: Response due 8/19/2008; reply due 8/29/2008. Briefing schedule on appeal is as follows: Appellant's brief due 9/5/2008; response due 10/6/2008; all reply briefs due 10/24/2008.

| | Courtroom Deputy Initials: | OR |
|---|---|---|