UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 08-cv-4040 |
| | ) | consolidated |
| RESOURCE TECHNOLOGY | ) | Hon. Matthew F. Kennelly |
| CORPORATION, | ) | |
| | ) | |
| Debtor. | ) | |

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that on **Tuesday, August 19, 2008,** we filed the attached *Chiplease, Inc.'s Response In Opposition To Trustee's Allegations Of Contempt*, which is hereby served upon you.

CHIPLEASE, INC.

By:   /s/ Colleen E. McManus
      One of its attorneys


Louis D. Bernstein, ARDC No. 6192379
Colleen E. McManus, ARDC No. 06243473
**MUCH SHELIST DENENBERG AMENT
    & RUBENSTEIN, P.C.**
191 North Wacker Drive, Suite 1800
Chicago, Illinois 60606
Telephone: 312-521-2000
cmcmanus@muchshelist.com

## CERTIFICATE OF SERVICE

Colleen E. McManus, an attorney, certifies that on the 19th day of August 2008, she caused the foregoing document to be served upon the attorneys listed below, each of whom is registered to receive electronic notices in this case:

Barry Chatz
George P. Apostolides
Arnstein & Lehr
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606

Philip L. Comella
Sara E. Lorber
Seyfarth Shaw, LLP
131 S. Dearborn Street, Suite 2400
Chicago, IL 60603

Gregory Ostfeld
Greenberg Traurig, LLP
77 W. Wacker Drive, Suite 2500
Chicago, IL 60601

/s/ Colleen E. McManus

791401_1