**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | **Case No. 08-cv-4040** |
| | ) | **consolidated** |
| **RESOURCE TECHNOLOGY** | ) | **Hon. Matthew F. Kennelly** |
| **CORPORATION,** | ) | |
| | ) | |
| Debtor. | ) | |

**NOTICE OF MOTION**

**TO: Parties entitled to electronic notice**

    **PLEASE TAKE NOTICE** that on **Wednesday**, **August 27, 2008 at 9:30 a.m.,** we will appear before the Honorable Matthew F. Kennelly, presiding in Courtroom 2103 of the Dirksen Federal Building. 219 South Dearborn Street, Chicago, Illinois, and present the attached *Agreed Motion To Extend Time For Appellant To File Reply Brief,* which is hereby served upon you.

                  **Illinois Investment Trust No. 92-7163**

         By:    /s/ Colleen E. McManus
               One of its attorneys

Louis D. Bernstein, ARDC No. 6192379
Colleen E. McManus, ARDC No. 06243473
**MUCH SHELIST DENENBERG AMENT**
**& RUBENSTEIN, P.C.**
191 North Wacker Drive, Suite 1800
Chicago, Illinois  60606
Telephone:  312-521-2000
cmcmanus@muchshelist.com

## <u>CERTIFICATE OF SERVICE</u>

Colleen E. McManus, an attorney, certifies that on the 20th day of August 2008, she caused the foregoing motion to be served electronically upon the attorneys listed below, each of whom is registered to receive electronic notices in this case:

Barry Chatz                          Robert S. O'Meara
George P. Apostolides                Ann E. Pille
Arnstein & Lehr                      Reed Smith LLP
120 S. Riverside Plaza, Suite 1200   10 South Wacker
Chicago, IL 60606                    Chicago, IL  60606


Linda M. Kujaca
P.O. Box 254
Wood Dale, IL  60191

/s/ Colleen E. McManus