## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4040 | **DATE** | 8/26/2008 |
| **CASE TITLE** | In Re: Resource Technology Corporation | | |

**DOCKET ENTRY TEXT**

The agreed motion to extend time is granted. Reply brief due date is extended to 9/5/08.

| | Courtroom Deputy Initials: | DS |
|---|---|---|