**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In Re:** | ) | **Case No. 08-cv-4040** |
| | ) | **consolidated** |
| **RESOURCE TECHNOLOGY** | ) | **Hon. Matthew F. Kennelly** |
| **CORPORATION,** | ) | |
| | ) | **Hearing:  Tues., Sept. 9, 2008** |
| **Debtor.** | ) | **at 9:30 a.m.** |

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that on **Tuesday**, **September 9, 2008 at 9:30 a.m.,** we will appear before the Honorable Matthew F. Kennelly, presiding in Courtroom 2103 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and present the attached *Chiplease, Inc.'s Emergency Motion To Strike Reply Of Congress And American Grading*, which is hereby served upon you.

**CHIPLEASE, INC.**

By:     /s/ Colleen E. McManus
        One of its attorneys

Louis D. Bernstein, ARDC No. 6192379
Colleen E. McManus, ARDC No. 06243473
**MUCH SHELIST DENENBERG AMENT**
      **& RUBENSTEIN, P.C.**
191 North Wacker Drive, Suite 1800
Chicago, Illinois  60606
Telephone:  312-521-2000
cmcmanus@muchshelist.com

## CERTIFICATE OF SERVICE

Colleen E. McManus, an attorney, certifies that on the 5th day of September 2008, she caused the foregoing motion to be served upon the attorneys listed below, each of whom is registered to receive electronic notices in this case:


George P. Apostolides
Arnstein & Lehr
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606
Counsel for Chapter 7 trustee Jay A. Steinberg

Philip L. Comella
Sara E. Lorber
Seyfarth Shaw, LLP
131 S. Dearborn Street, Suite 2400
Chicago, IL 60603
 Counsel for Congress and American Grading

Gregory Ostfeld
Greenberg Traurig, LLP
77 W. Wacker Drive, Suite 2500
Chicago, IL 60601
Appellate counsel for Chapter 7 trustee Jay A. Steinberg


/s/ Colleen E. McManus