UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 08-cv-4040 |
| | ) | consolidated |
| RESOURCE TECHNOLOGY | ) | Hon. Matthew F. Kennelly |
| CORPORATION, | ) | |
| | ) | |
| Debtor. | ) | |

### NOTICE OF FILING

**PLEASE TAKE NOTICE** that on **Friday, September 5, 2008,** we caused the attached *Appellant Chiplease, Inc.'s Brief In Support Of Appeal* to be filed.

CHIPLEASE, INC.

By: /s/ Colleen E. McManus
One of its attorneys

Louis D. Bernstein, ARDC No. 6192379
Colleen E. McManus, ARDC No. 06243473
**MUCH SHELIST DENENBERG AMENT
 & RUBENSTEIN, P.C.**
191 North Wacker Drive, Suite 1800
Chicago, Illinois 60606
Telephone: 312-521-2000
cmcmanus@muchshelist.com

## CERTIFICATE OF SERVICE

Colleen E. McManus, an attorney, certifies that on the 5th day of September 2008, she caused the foregoing brief to be served electronically upon the attorneys listed below, each of whom is registered to receive electronic notices in this case:

George P. Apostolides
Arnstein & Lehr
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606
Counsel for Chapter 7 trustee Jay A. Steinberg

Philip L. Comella
Sara E. Lorber
Seyfarth Shaw, LLP
131 S. Dearborn Street, Suite 2400
Chicago, IL 60603
Counsel for Congress and American Grading

Gregory Ostfeld
Greenberg Traurig, LLP
77 W. Wacker Drive, Suite 2500
Chicago, IL 60601
Appellate counsel for Chapter 7 trustee Jay A. Steinberg

/s/ Colleen E. McManus